DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CRAIG MACK,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-1436

[December 29, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 06-018683CF10A.

Craig Mack, Crawfordville, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***